Coudersport Mangle Roller Manufacturing Company, Appellant, v. Clayton H. Elliott, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concurred.

The People of the State of New York ex rel. C. Whitney Baldwin, Appellant, v. Charles B. Prescott and Others, Composing the Board of Canvassers of the Town of Attica in the County of Wyoming, etc., and Others, Respondents.— Order affirmed, with costs. All concurred.

Buffalo Savings Bank, Respondent, v. The Polish Roman Catholic Church of the Holy Mother of the Rosary, of Buffalo, N. Y., and Others, Appellants. — Order reversed, without costs, and the sale vacated and set aside, and the premises ordered resold under the judgment herein, upon condition, *first*, that the defendant mortgagor pay to the referee within five days the referee's fees and expenses of the sale and the interest upon the amount paid by the purchaser from the time of the payment thereof, which, together with the principal sum paid, is to be returned by the referee to the purchaser; and, *second*, that the defendant mortgagor, within five days, execute and deliver an undertaking to the plaintiff, with sufficient sureties, to the effect that if upon such resale the premises shall sell for less than $80,000 they will pay the difference between that sum and the amount for which they are sold; said undertaking as to form and sufficiency of sureties to be approved by the county judge of Erie county. If such conditions are not complied with, the application to vacate the sale stands denied, and the order appealed from is affirmed, with ten dollars costs and disbursements. All concurred.

Julia Napiecek, as Administratrix, etc., Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is excessive and that improper and inflammatory remarks were made by plaintiff's counsel. All concurred.

Fred Wagner and Marion E. Sutton, an Infant, by His Guardian, etc., Appellants, v. Ernest E. Sutton, Respondent.— Order affirmed, with costs. All concurred.

Rachel May Radley, as Executrix, etc., Respondent, v. Leray Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

Henry Ware, Respondent, v. City of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred.

Marjorie Van Blaricom, Respondent, v. George Harvey Van Blaricom, Appellant.— Interlocutory judgment affirmed, with costs. All concurred.

John O'Grady, Respondent, v. The Solvay Process Company, Appellant. — Judgment and order affirmed, with costs. All concurred.